UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:  
Lawrence F. Page, Jr.  
    Debtor  
_____/

Chapter 13  
Case No.: 14-15383

## **STIPULATION**

    This matter having come before the Court on the motion of The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-9 (together with its predecessors, successors, affiliates, principals, and assigns "Creditor") for relief from stay with respect to that property located at 210 Main Street, Carver, MA 02330 and, pursuant to agreement of Creditor and Lawrence F. Page, Jr. ("Debtor"), it is agreed as follows:

    1)  The post-petition arrearage in the within matter is $4,163.59 comprising the August 1, 2017 payment in the amount of $1,865.65 and the September 1, 2017 through October 1, 2017 payments in the amount of $2,031.15 each, less a suspense balance of $1,764.36.

    2)  Debtor agrees to make the following payments to Creditor:

        a)  Payment of $4,163.59 on or before November 15, 2017;

    3)  Beginning with the payment due November 1, 2017 in the amount of $2,031.15, Debtor shall continue to make the regular monthly mortgage payment pursuant to the terms of the Note and Mortgage. All payments pursuant to this stipulation shall be made at the address below:

Specialized Loan Servicing LLC  
PO Box 636007  
Littleton, Colorado 80163

    4)  If Creditor does not receive the payment as set forth in Paragraph 2 and/or payments as set forth in Paragraph 3 for a period of three (3) months beginning with the November 1, 2017 payment or if the case converts to an action under Chapter 7 of Title 11 then Creditor shall be entitled to file a Certificate of Noncompliance with this Court on the tenth (10th) day following the mailing of a Notice of Default to (1) Debtor and (2) Debtor's Attorney.  **UPON THE FILING OF THE CERTIFICATE OF NONCOMPLIANCE, AND AFTER NOTICE AND AN OPPORTUNITY FOR HEARING, CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY MAY BE GRANTED PURSUANT TO 11 U.S.C. §362(d) FOR CAUSE FOR FAILURE TO MAKE POST-PETITION PAYMENTS.**

    5) This agreement shall be null and void in the event the within matter is dismissed.

| Creditor, | Debtor |
|---|---|
| by its Attorney | by his Attorney |

| /s/ Joseph M. Dolben | /s/ Richard D. Smeloff |
|---|---|
| Joseph M. Dolben, Esq. BBO# 673113 | Richard D. Smeloff |
| Marinosci Law Group, P.C. | Smeloff & Associates |
| 275 West Natick Road, Suite 500 | 500 Granite Avenue |
| Warwick, RI 02886 | Suites 7 & 8 |
| (401) 234-9200 | Milton, MA 02186 |
| Email: jdolben@mlg-defaultlaw.com | 617-690-2124 |
| | Fax : 617-690-2506 |
| | Email: RSmeloff@msn.com |
| Dated: October 24, 2017 | Dated: October 24, 2017 |